THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDEZ, | Case No. C 07-1051 EDL |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| WALTER L. RIPPEE and SYLVIA RIPPEE, | |
| Defendant. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that

the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

  IT IS HEREBY STIPULATED by and between the parties to this action that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 18 months after the date hereof.

| | |
|---|---|
| Date: May 25, 2007 | Date: May 25, 2007 |
| S/Walter L, Rippee<br>3025 O'Hara Avenue<br>Brentwood, CA 94513 | S/Sylvia Rippee<br>3025 O'Hara Avenue<br>Brentwood, CA 94513 |

Date: May 25, 2007

S/Thomas N. Stewart, III
Attorney for Plaintiff


IT IS SO ORDERED:

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

Date: May 30, 2007

            Judge/Magistrate